1  NIALL E. LYNCH (State Bar No. 157959)
   MICHAEL L. SCOTT (State Bar No. 165452)
2  HEATHER S. TEWKSBURY (State Bar No. 222202)
   DAVID J. WARD (State Bar No. 239504)
3  ALEXANDRA J. SHEPARD (State Bar No. 205143)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA 94102
6  Telephone: (415) 436-6660

7  Attorneys for the United States

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | [PROPOSED] ORDER |
| 13 | |
| 14 | Case No. M 07-1827 SI |
| 15 _____ | |
| 16 UNITED STATES OF AMERICA | |
| 17             v. | |
| 18 LG DISPLAY CO., LTD. and LG DISPLAY AMERICA, INC., | |
| 19 | Case No. CR 08-0803 SI |
| 20             Defendants. | |
| 21 _____ | |
| 22 UNITED STATES OF AMERICA | |
| 23             v. | Case No. CR-08-0804 SI |
| 24 CHUNGHWA PICTURE TUBES, LTD., | |
| 25 | |
| 26             Defendant. | |

27  [CAPTION CONTINUES ON NEXT PAGE]

28  ///

[PROPOSED] ORDER re: RELATED CASE - PAGE 1
Case No. CR-09-0437 WHA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHANG SUK "C.S." CHUNG,<br><br>Defendant. | Case No. CR-09-0044 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHIENG-HON "FRANK" LIN,<br>CHIH-CHUN "C.C." LIU, and<br>HSUEH-LUNG "BRIAN" LEE,<br><br>Defendants. | Case No. CR-09-0045 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHENG YUAN "C.Y." LIN,<br>WEN JUN "TONY" CHENG, and<br>DUK MO KOO,<br><br>Defendants. | Case No. CR-09-0110 SI |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BOCK KWON<br><br>Defendant. | Case No. CR-09-0437 WHA |

**[PROPOSED] ORDER**

This Court has considered the Stipulated Notice of Related Case in a Criminal Action under Crim. L. R. 8-1, jointly filed by the United States and Defendant Bock Kwon. Because the assignment of <u>United States v. Bock Kwon</u>, CR-09-0437 WHA, to Judge Susan Illston is likely to conserve

[PROPOSED] ORDER re: RELATED CASE - PAGE 2
Case No. CR-09-0437 WHA

1  judicial resources and promote an efficient determination of the action, it is ordered that this case is
2  transferred to Judge Illston.

3  Date: __4/29/09__, 2009

4  _____
   U.S. District Court Judge

[PROPOSED] ORDER re: RELATED CASE - PAGE 3
Case No. CR-09-0437 WHA