IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>    Defendants.<br>                                                        / | No. CR 09-0110 SI<br><br>**ORDER CONTINUING JURY TRIAL TO JANUARY 9, 2011** |

      Trial in this matter is currently scheduled to begin on November 14, 2011, with jury selection set for November 7, 2011 and final pretrial conference on October 25, 2011.  At a recent pretrial conference, the parties informed the Court of their estimate that the trial would last between 3-4 months. This estimate was significantly longer than the Court's expectation and raises a number of concerns. Not least of these is the fact that a 3-4 month trial would cover the entirety of the holiday season stretching from Thanksgiving to New Year's Day.  If the current trial date were maintained, the trial would undoubtedly experience numerous delays and complications due to court holidays, travel plans of witnesses and jurors, and related interruptions.

      In light of the anticipated length of the trial, the Court, upon its own motion, hereby CONTINUES the trial until January 9, 2012. In the Court's view, the advantages of postponing the trial far outweigh any detriment to the defendants.  First and foremost, a continuance will ensure that the Court and the parties make economical use of the jury's time.  In addition, continuing the trial will ensure that both sides are fully prepared to proceed in an efficient manner.  The government has represented that the parties are currently negotiating over the adequacy of the defense's expert witness disclosures.  The Court anticipates that continuing the trial will allow the parties to further coordinate

their efforts to ensure that the trial proceeds efficiently.

Finally, defendants are unlikely to be prejudiced by the delay. While they have been under travel restrictions since August 2010, they have not been in custody. Further, this Court has liberally granted their requests for travel authorization both within and outside the United States. In addition, although on paper the continuance is eight weeks, as a practical matter it will amount to a much more limited delay. By avoiding the holiday interruptions, the Court anticipates that ultimate effect of the continuance will be modest.

Accordingly, the Court finds that the ends of justice outweigh the interest of the public and the defendant in a speedy trial. In particular, the Court finds that this case is so unusual or complex – given the technical subject matter, the international nature and scope of the alleged conspiracy, and the volume of evidence the parties anticipate introducing – "that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" by the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(b)(ii).  **The Court therefore CONTINUES the trial until January 9, 2012, and the pretrial conference to December 13, 2011 at 3:30 p.m..**

**IT IS SO ORDERED.**

Dated: October 5, 2011

SUSAN ILLSTON
United States District Judge