IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 09-0110 SI |
| Plaintiff, | **ORDER RE: TRANSCRIPTS** |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

The Court GRANTS defendants' request for remote access to real-time trial transcripts in this case. Defendants may transmit real-time transcripts over the secure wireless connection they have established in the courtroom. Defendants shall not distribute any unofficial transcript to members of the public not affiliated with this case.

**IT IS SO ORDERED.**

Dated: January 8, 2012

SUSAN ILLSTON
United States District Judge