**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                                    No. CR 09-0110 SI

        Plaintiff,                                    **ORDER DENYING HUI HSIUNG'S MOTION FOR JURY INSTRUCTION ON AVAILABILITY OF WITNESSES**

  v.

AU OPTRONICS CORPORATION, *et al.*,

        Defendants.
                             /

      Defendant Hui Hsiung's motion for jury instruction on availability of witnesses is DENIED.
Docket No. 835.


    **IT IS SO ORDERED.**


Dated: March 5, 2012

                                                 SUSAN ILLSTON
                                                 United States District Judge