IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-cr-0110 SI |
| Plaintiff, | **ORDER SETTING REVISED SENTENCING DATE** |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Sentencing of the convicted defendants in this action is rescheduled for Thursday, September 20, 2012 at 10:00 a.m. Sentencing memoranda shall be filed no later than September 11, 2012; any opposing memoranda shall be filed no later than September 17, 2012.

Docket No. 933.

**IT IS SO ORDERED.**

Dated: September 4, 2012

SUSAN ILLSTON
United States District Judge