IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 09-cr-0110 SI |
| Plaintiff, | **ORDER RE: SELF SURRENDER (HUI HSIUNG AND HSUAN BIN CHEN)** |
| v. | |
| AU OPTRONICS CORPORATION, et al., | |
| Defendants. | |

Defendants Hui Hsiung and Hsuan Bin Chen were sentenced on September 20, 2012. At that time they were on bail. Their request for self-surrender was granted, and they were ordered to self-surrender on November 30, 2012.

Defendants filed notices of appeal on September 28, 2012. On November 26, 2012, four days before the self-surrender date, defendants filed motions for bail pending appeal. Those motions have not yet been decided.[1] Defendants have not self-surrendered, and the Pretrial Services Office has requested guidance.

Defendants assert that, because they have made the motion, Ninth Circuit Rule 9-1.2(e) automatically extends their bail until the court rules on the motion. It appears to do so. Thus there appears to be no need for a separate order formally continuing the defendants' self-surrender dates.

Counsel are directed to inform this Court and the Pretrial Services Office as soon as defendants' motions for bail pending appeal are decided.

**IT IS SO ORDERED.**

Dated: December 5, 2012

SUSAN ILLSTON
United States District Judge

---

[1] Plaintiff's responsive briefs are not due until December 10, 2012, and defendants then have another week to file a reply. Ninth Circuit Rule 9-1.2(c), (d).