**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-110 SI |
| Plaintiff, | **ORDER SETTING VOLUNTARY SURRENDER DATE** |
| v. | |
| HUI HSIUNG and HSUAN BIN CHEN, | |
| Defendants. | |

Defendants' motions for release on bail pending appeal were denied by the Ninth Circuit on January 22, 1203.

Accordingly, the voluntary surrender dates for defendants Hui Hsiung and Hsuan Bin Chen are set for February 12, 2013.

**IT IS SO ORDERED.**

Dated: January 28, 2013

SUSAN ILLSTON
United States District Judge